**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**GEORGE WELCH**                                                                  **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.: 3:20-CV-00122-NBB-JMV**

**THE CITY OF HERNANDO,
MISSISSIPPI, ET AL.**                                      **DEFENDANTS**

**ORDER**

Plaintiff George Welch brought suit against Defendant the City of Hernando, Mississippi and Officer Joseph Harris, Officer Robert Scott, Officer Roger Swatzyna, and Officer A. Lewis in their official and individual capacities under 42 U.S.C. § 1983. *See* Doc. Nos. 1 & 27. Plaintiff's criminal case has not yet been fully resolved at this time as he has appealed his criminal convictions. The appeal is currently set to be heard on September 28, 2020. The parties jointly filed a motion to stay all proceedings in this case until Plaintiff's criminal charges are fully and finally resolved.

ACCORDINGLY, IT IS ORDERED that discovery and all other proceedings in this case are stayed until resolution of the criminal charges or for 90 days, whichever is earlier. The parties are directed to notify the undersigned within fourteen (14) days after entry of any ruling in the criminal proceeding that would have any impact on the stay of these proceedings.

This, the 14th day of August, 2020.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE