AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
Northern District of Mississippi
Oxford Division

| GEORGE WELCH | ) | |
|---|---|---|
| *Plaintiff* | ) | Civil Action No. 3:20-CV-00122-NBB-JMV |
| v. | ) | |
| CITY OF HERNANDO, MISSISSIPPI, ET AL | ) | |
| *Defendants* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Costco Pharmacy, ATTN: Release of Records, 3775 Hacks Cross Road, Memphis, Tennessee 38125

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

**See Exhibit "A" attached hereto.**

| Place: **Phelps Dunbar Law Firm, Attention: Debra Hardwick, P.O. Box 16114, Jackson MS 39236** | Date and Time: **02/25/2021  9:00 a.m.** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

Place:                                                                Date and Time:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   2/9/21

CLERK OF COURT                              OR

_____                    _____
*Signature of clerk or Deputy Clerk*                    *Attorney Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*

**Defendants, City of Hernando, Mississippi, et al.**, who issues or requests this subpoena, are:

**Mallory K. Bland; MB #105665; Phelps Dunbar, LLP, 4270 I-55 North; Jackson, MS 39211-6391; 601-352-2300; Mallory.Bland@phelps.com**

EXHIBIT "A"

Civil Action No. 3:20-CV-00122-NBB-JMV
PD.31084171.1

## SUBPOENA DUCES TECUM
## EXHIBIT "A"

Any and all information in your care, custody or control concerning the prescription drug history of **GEORGE WELCH**, including, but not limited to, all records of prescription drugs, all bills or invoices, and all payment information.