## Mallory Bland (3334)

| | |
|---|---|
| **From:** | Mallory Bland (3334) <Mallory.Bland@phelps.com> |
| **Sent:** | Wednesday, March 3, 2021 3:42 PM |
| **To:** | 'Garret T. Estes'; John K. Perry |
| **Cc:** | Todd Butler (3366) |
| **Subject:** | RE: Welch v. City of Hernando, et al |

Garret,

Just to follow up after speaking with Todd, we remain willing to provide the information listed in the first email, and we will supplement that complaint, if you are willing to stipulate that the dispute regarding our written discovery responses is resolved. If not, we will just wait and respond to any motion filed. Regarding Harris' 10+ year old misdemeanor, if you can provide some authority as to how it is discoverable, we are willing to reevaluate our position on that one. Also, regarding the log requested, none of the documents are being withheld based on privilege, so the Rules do not require a log.

Mallory

**From:** Garret T. Estes <GE@perrygriffin.com>
**Sent:** Wednesday, March 3, 2021 1:21 PM
**To:** Mallory Bland (3334) <Mallory.Bland@phelps.com>; Todd Butler (3366) <Todd.Butler@phelps.com>
**Subject:** RE: Welch v. City of Hernando, et al

Mallory,

I have a 2:00 appointment, but I should be free at 3:00 if you're free.

*Garret Estes*
Attorney



5699 Getwell Road, Bldg. G5
Southaven, Mississippi 38672
(o) 662-536-6868
(f) 662-536-6869
(e) GE@PerryGriffin.com
www.PerryGriffin.com


**From:** Mallory Bland (3334) <Mallory.Bland@phelps.com>
**Sent:** Wednesday, March 3, 2021 1:18 PM
**To:** Todd Butler (3366) <Todd.Butler@phelps.com>; Garret T. Estes <GE@perrygriffin.com>
**Subject:** RE: Welch v. City of Hernando, et al

1

EXHIBIT "E"

Garret,

I can talk this afternoon if we need to. 2:30 ok?

Mallory

**From:** Todd Butler (3366)
**Sent:** Wednesday, March 3, 2021 12:55 PM
**To:** 'Garret T. Estes' <GE@perrygriffin.com>; Mallory Bland (3334) <Mallory.Bland@phelps.com>
**Subject:** RE: Welch v. City of Hernando, et al

Garret – I'm out for depos the next couple of days, but Mallory may be able to discuss. I anticipate our position remaining the same as set out in our original proposal. If there is anything in particular you'd like us to consider, let us know. Thanks.

**From:** Garret T. Estes <GE@perrygriffin.com>
**Sent:** Wednesday, March 3, 2021 12:21 PM
**To:** Mallory Bland (3334) <Mallory.Bland@phelps.com>; Todd Butler (3366) <Todd.Butler@phelps.com>
**Subject:** Welch v. City of Hernando, et al

Good afternoon Mallory and Todd:

I hope this email finds you both well. Are either or both of you available to talk this afternoon to try and resolve our discovery issues?

Best regards,

*Garret Estes*
Attorney



5699 Getwell Road, Bldg. G5
Southaven, Mississippi 38672
(o) 662-536-6868
(f) 662-536-6869
(e) GE@PerryGriffin.com
www.PerryGriffin.com

___

**CONFIDENTIALITY NOTICE:** This communication maybe confidential and legally privileged. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this communication is PROHIBITED. If you received this communication in error, please first notify the PERRY GRIFFIN, PC with a reply or by calling (662)536-6868 and then please delete this entire communication. Thank you for your cooperation.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

WARNING – FRAUDULENT FUNDING INSTRUCTIONS

Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call our office immediately using independent contact information to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.