# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**GEORGE WELCH**                                                                     **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 3:20-cv-00122-NBB-JMV**

**CITY OF HERNANDO, MISSISSIPPI,**
**ET AL.**                                                                   **DEFENDANTS**

## MUNICIPAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Municipal Defendants the City of Hernando, Joseph Harris, and Robert Scott, in their individual and official capacities, move to dismiss Plaintiff George Welch's ("Plaintiff") complaint pursuant to Federal Rule of Civil Procedure 56. The contemporaneously filed memorandum in support explains in detail the bases for the requested relief.

In addition to the memorandum, Municipal Defendants offer the following exhibits in support:

    Exhibit "A" – George Welch Deposition Transcript Excerpts

    Exhibit "B" – Dispatch Log

    Exhibit "C" – Joseph Harris Deposition Transcript Excerpts

    Exhibit "D" – Pictures of Vehicle

    Exhibit "E" – Taser Log

    Exhibit "F" – Pictures of Alleged Injuries

    Exhibit "G" – Incident Report

    Exhibit "H" – Hernando Municipal Court Orders

    Exhibit "I" – Notice of Appeal

    Exhibit "J" – County Court of DeSoto County Transcript Excerpts

    Exhibit "K" – George Welch Discovery Responses

Exhibit "L" – Bankruptcy Schedule

Exhibit "M" – County Court of DeSoto County Order

For the reasons articulated in the memorandum, Municipal Defendants respectfully request an order of dismissal.

Dated: June 22, 2021

                                        Respectfully submitted,

                                        **PHELPS DUNBAR, LLP**

BY:   */s/ G. Todd Butler*
         G. Todd Butler, MS Bar #102907
         Mallory K. Bland, MS Bar #105665
         4270 I-55 North
         Jackson, Mississippi 39211-6391
         Post Office Box 16114
         Jackson, Mississippi 39236-6114
         Telephone: 601-352-2300
         Telecopier: 601-360-9777
         Email: butlert@phelps.com
         Email: blandm@phelps.com

         **ATTORNEYS FOR MUNICIPAL DEFENDANTS**

**CERTIFICATE OF SERVICE**

  I certify that, on June 22, 2021, I had a copy of this document electronically filed with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all counsel of record.

                */s/ G. Todd Butler*
                G. TODD BUTLER