```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF MISSISSIPPI
2

3   GEORGE WELCH                                        PLAINTIFF

4   V.                        CAUSE NO. 3:20-CV-122-NBB-JMV

5   CITY OF HERNANDO, MISSISSIPPI,
    OFFICER JOSEPH HARRIS, OFFICER
6   ROBERT SCOTT, OFFICER R. SWATZYNA,
    OFFICER A. LEWIS, IN THEIR OFFICIAL
7   AND INDIVIDUAL CAPACITIES, AND JOHN
    AND JANE DOES 1-10                                  DEFENDANTS
8

9

10
               VIDEO DEPOSITION OF JOSEPH HARRIS
11
12   Taken at the instance of the Plaintiff on Tuesday, May 25,
     2021, at the Hernando Police Department, 2601 Elm Street,
13         Hernando, Mississippi, beginning at 10:05 a.m.

14

15
                    (Appearances noted herein)
16

17

18

19

20

21

22

23
     REPORTED BY:  Courtney R. Taylor, CCR, TLC
24                 Alpha Reporting A Veritext Company
                   236 Adams Avenue
25                 Memphis, Tennessee 38103

                                                           Page 1
```

```
 1        A.    The morning?
 2        Q.    Yeah.
 3              Had you had -- had you had any
 4   conversations regarding -- with any other officers
 5   regarding whether or not they had been to that
 6   location and talked to anybody at that particular
 7   location?
 8        A.    The same morning that I went out there?
 9        Q.    Yes, sir.
10        A.    No.
11        Q.    All right.  Had you heard anything about
12   that -- that location prior to that morning?
13        A.    Yes.
14        Q.    What had you heard about that --
15        A.    That there was --
16        Q.    -- location?
17        A.    -- that there was a complaint from the
18   previous night about the vehicle parked on the crest
19   of a hill, blocking one lane of traffic.
20        Q.    Who had you heard that from?
21        A.    From the pass-downs.
22        Q.    From whom?
23        A.    It was pass-downs between shifts --
24        Q.    Okay.
25        A.    -- when the night shift comes in and the
```

Page 68

```
 1   day shift comes on.
 2       Q.   All right.  And what time did you arrive
 3   that morning, roughly -- or -- or what time would
 4   your shift have started that morning?
 5       A.   6:00 --
 6       Q.   And --
 7       A.   -- p.- -- 6:00 a.m.
 8       Q.   -- and so you were on -- that's the morning
 9   shift?
10       A.   Yes.
11       Q.   And, usually, that's 6:00 until --
12       A.   6:00 --
13       Q.   -- 6:00 --
14       A.   -- p.m.
15       Q.   -- 6:00 -- so 12-hour shifts, right?
16       A.   Yes.
17       Q.   All right.  And you arrived there, and you
18   do, what, roll call or have a morning -- and they go
19   through the pass-downs about the night before?
20       A.   Yes.
21       Q.   All right.  When you received the
22   night-before pass-downs, had you determined that you
23   might go out there, or it was just something that
24   you read and -- and moved on?
25       A.   Something I read and moved on.
```

Page 69

1  Q. All right. At that point did you make the
2  determination that you should -- that you were going
3  to go out to that location?
4  A. Because I was dispatched to a call.
5  Q. Now, when a -- a call comes across on a
6  dispatch, do you just -- when you hear it, you say
7  "Oh, I'm close to that location" and call back in
8  and say, "Hey, I'm" -- "I'm heading to that
9  location"?
10      Is that how that works, or do they
11 specifically say, "Hey, Mr. Harris, where are you --
12 oh -- "Officer Harris, where are you? Can you go to
13 this location"?
14 A. That sent me, yes.
15 Q. Okay. Who -- who sent you?
16 A. I don't recall the dispatcher's name.
17 Q. Why did they send you?
18 A. I don't -- I don't know.
19 Q. Did that happen often, where they send a
20 specific person to a specific location?
21 A. It was just -- I mean, yeah.
22 Q. I thought that you would get a -- a call
23 through dispatch, and there will be other officers
24 that'll testify -- an officer testified earlier as
25 well --

Page 70

```
 1                CERTIFICATE OF COURT REPORTER
 2             I, Courtney R. Taylor, Court Reporter and Notary
 3     Public in and for the County of Bolivar, State of
 4     Mississippi, do hereby certify that the foregoing 136
 5     pages, and including this page, contain a true and
 6     accurate transcription of the testimony of Joseph Harris,
 7     as taken by me in the aforementioned matter at the time
 8     and place heretofore stated by stenotype and later reduced
 9     to typewritten form under my supervision by means of
10     computer-aided transcription.
11             I further certify that under the authority
12     vested in me by the State of Mississippi that the witness
13     was placed under oath by me to truthfully answer all
14     questions in this matter.
15             I further certify that I am not in the employ of
16     or related to any counsel or party in this matter and have
17     no interest, monetary or otherwise, in the final outcome
18     of this proceeding.
19             Witness my signature and seal this the 9th day
20     of June, 2021.
21
                                    COURTNEY R. TAYLOR, CCR #1668
22
23
24
25     My Commission Expires:  August 19, 2023
```

Page 138