201818625 - Hernando Police Department

## Supplement #0 Images

12/23/2018 - Original File Name: IMG_1603.JPG



EXHIBIT "D"

201818625 - Hernando Police Department

12/23/2018 - Original File Name: IMG_1602.JPG



12/23/2018 - Original File Name: IMG_1600.JPG



201818625 - Hernando Police Department

12/23/2018 - Original File Name: IMG_1601.JPG

