| Seq # | Local Time (DD:MM:YYYY hh:mm:ss) | Event (Event Type) | Duration (Seconds) | Temp (Degrees Celsius) | Batt Remaining (%) |
|---|---|---|---|---|---|
| 381 | 27 Oct 2018 08:38:37 | Safe | 14 | 28 | 77 |
| 382 | 31 Oct 2018 10:52:47 | Armed | | 30 | 77 |
| 383 | 31 Oct 2018 10:53:09 | Safe | 22 | 31 | 77 |
| 384 | 09 Nov 2018 16:57:57 | Armed | | 26 | 77 |
| 385 | 09 Nov 2018 16:57:57 | Trigger | 5 | | 77 |
| 386 | 09 Nov 2018 16:58:04 | Safe | 7 | 26 | 77 |
| 387 | 29 Nov 2018 14:07:40 | Armed | | 28 | 76 |
| 388 | 29 Nov 2018 14:07:47 | Trigger | 5 | | 76 |
| 389 | 29 Nov 2018 14:08:05 | Safe | 25 | 29 | 75 |
| 390 | 04 Dec 2018 16:57:43 | Armed | | 27 | 75 |
| 391 | 04 Dec 2018 16:57:45 | Safe | 2 | 26 | 75 |
| 392 | 08 Dec 2018 10:46:44 | Armed | | 28 | 75 |
| 393 | 08 Dec 2018 10:46:45 | Safe | 1 | 27 | 75 |
| 394 | 22 Dec 2018 18:24:50 | Armed | | 23 | 74 |
| 395 | 22 Dec 2018 18:24:53 | Safe | 3 | 23 | 74 |
| 396 | 22 Dec 2018 18:24:55 | Armed | | 24 | 74 |
| 397 | 22 Dec 2018 18:24:59 | Trigger | 5 | | 74 |
| 398 | 22 Dec 2018 18:25:07 | Safe | 12 | 23 | 74 |
| 399 | 22 Dec 2018 18:34:19 | Armed | | 25 | 74 |
| 400 | 22 Dec 2018 18:34:26 | Safe | 7 | 25 | 74 |
| 401 | 23 Dec 2018 09:08:32 | Armed | | 30 | 74 |
| 402 | 23 Dec 2018 09:08:33 | Trigger | 5 | | 74 |
| 403 | 23 Dec 2018 09:08:41 | Trigger | 5 | | 74 |
| 404 | 23 Dec 2018 09:09:03 | Safe | 31 | 32 | 73 |
| 405 | 26 Dec 2018 13:11:50 | USB Connected | | | |
| 406 | 26 Dec 2018 13:10:37 | Time Sync | 26 Dec 2018 13:12:16 to 26 Dec 2018 13:10:37 | | |
| 407 | 26 Dec 2018 13:14:26 | Firmware Update | MC, Rev. 04.037, 12/27/17 | | |
| 408 | 26 Dec 2018 13:14:26 | Firmware Update | LDR, Rev. 04.025, 7/20/16 | | |
| 409 | 26 Dec 2018 13:14:31 | Firmware Update | HVM, Rev. 01.027, 3/28/17 | | |
| 410 | 26 Dec 2018 13:15:06 | Armed | | 32 | 73 |

EXHIBIT "E"    DEF-00025