

EXHIBIT "F"



