| HERNANDO MUNICIPAL COURT<br>2601 ELM STREET<br><br>HERNANDO, MS 38632<br>Phone: (662) 449-3152<br>Fax: (662) 469-5534 | **ORDER**<br><br>STATE OF MISSISSIPPI<br>DESOTO COUNTY<br>CITY OF HERNANDO. | Case No.<br>T2018-03512<br><br>Ticket No.<br>081742 |
|---|---|---|

CITY OF HERNANDO

vs. GEORGE WALKER WELCH

THIS CAUSE came on to be heard before the MUNICIPAL COURT of the CITY of HERNANDO, MISSISSIPPI on the following charges, to wit.

Charge: **OBSTRUCTING TRAFFIC**          Speed:          Zone:

THIS COURT being fully advised of the facts and circumstances; and the Court having considered the plea of the defendant and / or the testimony of the witnesses of the parties; and the Court having considered all circumstances does:

- ☐ accept plea of guilty
- ☑ find Defendant guilty
- ☐ find Defendant not guilty
- ☐ accept no contest plea
- ☐ remanded to file
- ☐ dismissed charge
- ☐ guilty in absentia
- ☐ dismissed at cost

Insurance:
- ☐ obtained after date of citation
- ☐ in effect at time of citation
- ☐ court retains jurisdiction to reduce all or part of no insurance fines if insurance proof presented within 90

IT IS THEREFORE ORDERED, as to the matter(s) for which Defendant has been deemed guilty, the Defendant's sentence is:

A Fine of: $ 25.00          State Assessments: $ 92.00          City Court Cost: $ 50.00
Bond Fee: $ 0.00          Jail Fee: $ 0.00          DUI Assessment: $ 0.00
Special City Court Assessments: $ 0.00          Amount of Fine Suspended: $ 0.00
Dismissed Cost: $ 0.00

Grand Total $ 167.00

- ☐ Serve ___ months and ___ days in jail with credit for ___ days served and ___ months and ___ days suspended, pending payment of fines and good behavior.
- ☐ Defendant shall perform ___ days / hours community service to as follows: _____
- ☐ Probation: _____
- ☑ Pay all fines / costs on or before 03-18-2020 or appear in court at 01:00 PM on said date.
- ☐ Cash Bond Amount forfeited to pay fines / cost $ _____          Refunded: $ _____
- ☑ Miscellaneous: def found guilty in trial
- ☐ Record of charge to be expunged.

This the 29th of January, 2020.

Approved:

_____
Defendant

_____
Counsel for Defendant / Waived Counsel 99409

_____
MUNICIPAL COURT JUDGE

_____
Prosecutor

Affiant                                                                 Interpreter

01/29/2020 at 05:11 PM                                                                 Syscon#: 4302

EXHIBIT "H"

DEF-00079

| HERNANDO MUNICIPAL COURT<br>2601 ELM STREET<br>HERNANDO, MS 38632<br>Phone: (662) 449-3152<br>Fax: (662) 469-5534 | ORDER<br><br>STATE OF MISSISSIPPI<br>DESOTO COUNTY<br>CITY OF HERNANDO | Case No.<br>M2018-01284<br><br>Ticket No. |
|---|---|---|

**CITY OF HERNANDO**

vs. **GEORGE WALKER WELCH**

THIS CAUSE came on to be heard before the MUNICIPAL COURT of the CITY of HERNANDO, MISSISSIPPI on the following charges, to wit,

Charge: **RESISTING ARREST**        Speed:        Zone:

THIS COURT being fully advised of the facts and circumstances; and the Court having considered the plea of the defendant and / or the testimony of the witnesses of the parties; and the Court having considered all circumstances does:

- [ ] accept plea of guilty
- [x] find Defendant guilty
- [ ] find Defendant not guilty
- [ ] accept no contest plea
- [ ] remanded to file
- [ ] dismissed charge
- [ ] guilty in absentia
- [ ] dismissed at cost

Insurance:
- [ ] obtained after date of citation
- [ ] in effect at time of citation
- [ ] court retains jurisdiction to reduce all or part of no insurance fines if insurance proof presented within 90

IT IS THEREFORE ORDERED, as to the matter(s) for which Defendant has been deemed guilty, the Defendant's sentence is:

A Fine of: $ 100.00        State Assessments: $ 123.25        City Court Cost: $ 50.00
Bond Fee: $ 0.00        Jail Fee: $ 0.00        DUI Assessment: $ 0.00
Special City Court Assessments: $ 0.00        Amount of Fine Suspended: $ 0.00
Dismissed Cost: $ 0.00

Grand Total $ 273.25

- [ ] Serve ___ months and ___ days in jail with credit for ___ days served and ___ months and ___ days suspended, pending payment of fines and good behavior.
- [ ] Defendant shall perform ___ days / hours community service to as follows: ___
- [ ] Probation: ___
- [x] Pay all fines / costs on or before 03-18-2020 or appear in court at 01:00 PM on said date.
- [ ] Cash Bond Amount forfeited to pay fines / cost $ ___        Refunded: $ ___
- [x] Miscellaneous: def found guilty in trial
- [ ] Record of charge to be expunged.

This the 29th of January, 2020.

Approved:

_____        _____
Defendant                MUNICIPAL COURT JUDGE

_____        _____
Counsel for Defendant / Waived Counsel        Prosecutor

_____        _____
Affiant                Interpreter

01/29/2020 at 05:08 PM        Syscon#: 4302

DEF-00080