IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI/CITY OF HERNANDO

        Appellee,

VS.                                     CAUSE NO.: CRS2020-0005CD

GEORGE WALKER WELCH

        Appellant.

## NOTICE OF APPEAL

Notice is hereby given that George Walker Welch, represented by Attorney John Keith Perry, Jr., hereby appeals to the County Court of DeSoto County, Mississippi a Judgment from the Hernando Municipal Court entered on January 29, 2020. The Appellant appeals his convictions of: 1) Obstructing Traffic (Case No.: T2018-03512) and 2) Resisting Arrest (Case No.: M2018-01284). Honorable Judge Anthony Nowak ordered and entered judgment in these matters.

RESPECTFULLY SUBMITTED, this 27th day of February, 2020.

                                                      John Keith Perry, Jr.
                                                      PERRY GRIFFIN, PC
                                                      MS Bar No.: 99909
                                                      5699 Getwell Road, Bldg. G5
                                                      Southaven, MS 38672
                                                      Tele: 662-536-6868
                                                      Fax: 662-536-6869
                                                      E-mail: jkp@perrygriffin.com

FILED
DESOTO COUNTY, MS

FEB 27 2020

CIRCUIT COURT CLERK

EXHIBIT "I"

DEF-00082