BEFORE THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
_____

STATE OF MISSISSIPPI, CITY OF HERNANDO ,        PLAINTIFF

VS.                              CAUSE NO.: S2020-0005

GEORGE WALKER WELCH,                            DEFENDANT
_____

TRANSCRIPT OF PROCEEDINGS HAD AND DONE IN THE BENCH TRIAL OF THE ABOVE STYLED AND NUMBERED CAUSE, BEFORE THE HONORABLE ALLEN B. COUCH, JR., COUNTY COURT JUDGE, AT APPROXIMATELY 1:15 P.M. ON THE 28TH DAY OF SEPTEMBER, 2020.
_____

APPEARANCES:

   REPRESENTING THE PLAINTIFF:

   HONORABLE ELIZABETH PAIGE WILLIAMS, ESQ.
   Williams & Williams
   217 West Center Street
   Hernando, Mississippi 38632
   662-449-4305


   REPRESENTING THE DEFENDANT:

   HONORABLE JOHN KEITH PERRY, JR., ESQ.
   Perry Griffin, PC
   5699 Getwell Road, Building G5
   Southaven, Mississippi 38672
   662-536-6868



          MICHELLE A. BROWN, CCR #1395
        DeSoto County Official Court Reporter
   2535 Highway 51 South, Hernando, MS 38632
          michellebrown.csr@gmail.com


EXHIBIT "J"

```
1              HAD BETWEEN THE COURT AND COUNSEL AS
2              FOLLOWS:)
3              BY MR. PERRY:  Your Honor, at four o'clock
4         -- at the time this was set, I didn't know this.
5         I have a four o'clock meeting with the board of
6         supervisors in Tunica.  I'm the board attorney,
7         and it's a budget meeting.  I just wanted to
8         mention that.
9              THE COURT:  I won't be long.
10             BY MR. PERRY:  I've got a lawyer from my
11        office here if there's an instance.  I don't
12        want to rush you or anything like that.  I just
13        wanted to --
14             THE COURT:  I'm not going to be long.  What
15        time do you need to leave here?
16             BY MR. PERRY:  I can make it to Tunica in
17        -- I mean, if I leave at 3:30.  So that's all I
18        was saying.
19             THE COURT:  Oh, well, I can assure you I
20        won't be that long.
21             BY MR. PERRY:  Yes, sir.
22             (WHEREUPON, THE CONFERENCE AT THE BENCH WAS
23             CONCLUDED AND THE COURT RETIRED TO CHAMBERS
24             TO DELIBERATE, AFTER WHICH THE FOLLOWING
25             PROCEEDINGS TOOK PLACE.:)
26             THE COURT:  In this case, I think it all
27        comes down to the underlying reason for the
28        arrest, and there is no dispute about the actual
29        physical confrontation between the Defendant and
```

1   the officer.  So the question is did the officer
2   have grounds to make a lawful arrest, and that
3   means focusing on the charge of obstruction of
4   traffic.  And when I look at the definition of
5   "obstruct," Merriam-Webster defines it as, "To
6   block up or close up by an obstacle; to hinder
7   from passage, action, or operation."
8   　　　Blacks Law dictionary, our bible, defines
9   it as, "To block up, interpose obstacles or to
10  render impassable."  And I've look at some of
11  the other surrounding circumstances in -- I
12  guess, in statutes or lack thereof.  There has
13  been no testimony that it was illegal to
14  actually park on the street, no testimony that
15  there were no parking signs, or that there is
16  some statute or city ordinance that does not
17  allow parking on the street.
18  　　　So it all, again, comes down to did this
19  fall under obstruction.  Now, this is a two-lane
20  street, and we heard testimony from a resident
21  of the street that there are cars parked on this
22  street all the time.  And because it's a
23  two-lane street, any time a car is parked on the
24  street, unless it pulls completely into the
25  yard, some portion of it is going to block the
26  roadway.  And the photographs that were entered
27  into evidence in this case show that Mr. Welch's
28  vehicle blocked, you know, probably 80 percent
29  of one lane of traffic but did not go into the

1    opposing lane of traffic.

2        And so, again, I look at what is

3    "obstruct", and I think any definition of

4    "obstruct" means you can't move.  Whereas,

5    Black's says -- and this, to me, really jumped

6    off the page -- "to render impassable."  This

7    was not impassable.  The officers that were

8    there, were able to get around.  No one was

9    prohibited from getting around this vehicle.

10       Mr. Perry made reference to 63-3-901, which

11    is a list of places where stop and standing and

12    parking a vehicle is prohibited.  And, of

13    course, it didn't fall under any of those.  But

14    I think our operable statute here refers to

15    actually blocking traffic or obstructing it, and

16    I just don't think that this is -- meets the

17    definition of obstruction by any reasonable

18    reading of the statute or the definition of the

19    word "obstruct".  Cars were able to pass

20    through.  There's no prohibition against --

21    legal prohibition against him parking there.

22    Now, there may be homeowners rules or

23    restrictive covenants, but that's not a crime.

24       So we turn to the resisting arrest, and

25    it's well-established that an individual has the

26    right to use reasonable force to resist an

27    unlawful arrest.  The testimony of the defendant

28    was that the defendant refused to comply and put

29    his hands behind his back.  He didn't strike the

```
 1                    C E R T I F I C A T E

 2    STATE OF MISSISSIPPI:

 3    COUNTY OF TATE:

 4    I, MICHELLE A. BROWN, Certified Court Reporter and
      Notary Public for the State of Mississippi at Large,
 5    do hereby certify that I reported in machine shorthand
      Pages 1-67 of the above-captioned proceedings.
 6
      I HEREBY CERTIFY that the foregoing pages contain a
 7    full, true and correct transcript of my said stenotype
      notes and digital recording then and there taken.
 8
      I FURTHER CERTIFY that I am not an attorney or counsel
 9    of any of the parties, nor a relative or employee of any
      of the parties, nor am I a relative or employee of any
10    attorney or counsel connected with the action, nor am I
      financially interested in the action.
11
      I FURTHER CERTIFY that in order for this document to be
12    authentic and genuine, it must bear my original
      signature and my embossed notarial seal and that any
13    reproduction in whole or in part of this document is not
      allowed or condoned and that such reproductions should
14    be deemed a forgery.

15    THEREFORE, witness my hand and my official seal in the
      State of Mississippi on February 8, 2021.
16

17

18                              _____
                                MICHELLE A. BROWN, CSR #1395
19                              Notary Public at Large

20    My Commission Expires:
      September 3, 2024
21

22

23

24

25

26

27

28

29
```