## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI

### CRIMINAL DIVISION

State of Mississippi
City of Hernando

VS

CAUSE NUMBER S20020-0005(co)

George Walker Welch

### ORDER

This case came on for trial on the 28th day of September, 2020, on the charge(s) of (1) Resisting Arrest and (2) Impeding Traffic, filed against the Defendant, George Walker Welch, represented by his/her Attorney John Keith Perry (representing himself/herself). And on proof presented the Court finds as follows:

That this Court has jurisdiction of the parties and subject matter. That present at the trial were the Defendant, his/her Attorney, the prosecutor, et al. And based on the proof presented, the Court finds that the proof is insufficient to prove the charges(s) against the Defendant beyond a reasonable doubt and the Defendant must be found not guilty.

IT IS ORDERED that the Defendant, George Walker Welch, is found not guilty of the charges herein filed against him/her. Any cash bond deposited with the Clerk of this Court shall be refunded to the Defendant.

ORDERED this the 28th day of September, 2020.

_____
COUNTY COURT JUDGE

**FILED**
DESOTO COUNTY, MS
SEP 28 2020

Dale K. Thompson
CIRCUIT COURT CLERK

EXHIBIT "M"