

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

## *Professional Certificate*

TO

JOSEPH  RICHARD  HARRIS



THIS  21ST  DAY OF JUNE,  2012

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi, 1981.

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 22642

DEF-00084

EXHIBIT "A"

 AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

# Joseph Harris

OF

Hernando Police Department

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER (enter CEW) CEW V.21
## USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED ON 2-26-2019

ISSUED BY _____
John Cotter
(Certifying Instructor)



DEF-00188

# The Department of Public Safety and
# The Department of Mental Health



### The State of Mississippi

Certifies that

## Joseph Harris

Has fulfilled all the requirements recognized by the Department of Public Safety and the Department of Mental Health in compliance with Section 41-21-131 of the Mississippi Code of 1972 to perform the duties of a

### Crisis Intervention Team Officer

this the 22nd day of September, 2017.

_____
Marshall L. Fisher, Commissioner
Mississippi Department of Public Safety

_____
Diana S. Mikula, Executive Director
Mississippi Department of Mental Health



DEF-00189



Northwest MS Crisis Intervention Team

This is to certify that

*Joseph Harris*

has successfully completed the 40-hour
Crisis Intervention Team (CIT) Basic Course
for Law Enforcement Officers

September 18th-22nd 2017

Catherine Davis, Northwest MS CIT Coordinator

DEF-00190

DEF-00191



# Regional Counterdrug Training Academy

*This is to certify that*

## JOSEPH HARRIS

*has successfully completed 24.00 hours of training in*

## GRACIE SURVIVAL TACTICS (GST) MILITARY/LAW ENFORCEMENT DEFENSIVE TACTICS COURSE

*from February 05, 2019 to February 07, 2019*

_____
Director Of Training

_____
Commandant

DEF-00192

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



## *Certificate of Training*

## Joseph Harris

has successfully completed a six (6) hour course of instruction in:

### Human Trafficking: Understanding Legal and Investigative Aspects plus the Required Medical Response

### August 22, 2017

Instructors: Staff from: Staff from the Ms. Coalition Against Sexual Assault and the Ms. Attorney General's Office
Training Center Director: Bowen Johnson *Bowen Johnson*

In cooperative alliance with:



**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell



**CORINTH POLICE DEPARTMENT**
Chief Ralph Dance



**FARMINGTON POLICE DEPARTMENT**
Chief Keith Little



**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.



**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC



**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford



## This Certificate of Completion
### is Awarded to

# *Officer Joseph Harris*

### *Hernando Police Department*

*For Attendance and Participation in the Stop Stick, Ltd.*
*Standard Training Course for Use and Deployment*
*of the STOP STICK Tire-Deflation Devices.*

Conducted At : Hernando Police Department

On the 6th Day of February, 2017

Course Length:  1 Hours

*Sergeant Cotter*

*As Attested to by the Above Course Instructor*

DEF-00194



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

# Joseph Harris

*This certifies that the above named individual has completed the training required and has passed a written examination in the use of the TASER X26P Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc. This certification must be renewed annually.*

Instructor: _____  Date: __Feb 13th, 2018__

J. Cotter

DEF-00195



*Mississippi Delta Community College Law Enforcement Training Academy*

This is to recognize that

**Joseph R. Harris**

Attended and successfully completed a 4 hour
Report Writing Class

December 9, 2014

Hernando, MS

Instructor – Dean Bearden

DEF-00196

# Mississippi Delta Community College Law Enforcement Training Academy

This is to recognize that

## Joseph R. Harris

Attended and successfully completed a 4 hour
Courtroom Testimony Course

December 9, 2014

Hernando, MS

_____
Instructor – Dean Bearden

DEF-00197



# Certificate of Completion

## Joseph Harris

has successfully completed 4 hours of training with
The ALEC Program: Autism Awareness Training for First Responders

Tuesday, March 31, 2015
9:00 a.m. – 2:00 p.m.
Longview Heights Baptist Church



**The Arc.**
Northwest Mississippi
For People with Intellectual
and developmental disabilities

DEF-00198



## CERTIFICATE OF
# TRAINING

THE GULF COAST HIDTA
TRAINING PROGRAM
*Hereby Certifies*

*Joseph Harris*

*Successfully completed 8 hours in the training course*
### Detecting Deception, Body Language

| Bill Wagner | Lieutenant Eddie Hawkins |
|---|---|
| Instructor | Lieutenant Eddie Hawkins |
| Bill Wagner | Training Coordinator |
| August 19, 2014 | Gulf Coast HIDTA |
| Southaven, MS | August 19, 2014 |

DEF-00199



## CERTIFICATE OF
# TRAINING

### THE GULF COAST HIDTA
### TRAINING PROGRAM
*Hereby Certifies*

*Joseph Harris*

*Successfully completed 16 hours in the training course*

# INFORMANTS

**Bill Wagner**

Instructor
Bill Wagner
August 21, 2014
Southaven, MS

**Lieutenant Eddie Hawkins**

Lieutenant Eddie Hawkins
Training Coordinator
Gulf Coast HIDTA
August 21, 2014

DEF-00200



# SOUTHERN REGIONAL PUBLIC SAFETY INSTITUTE

### The University of Southern Mississippi at Camp Shelby

This is to certify that

## Joseph Harris

has successfully completed 16 hours of training in

## Courtroom Testimony & Report Writing for Law Enforcement



This 19th day of March, 2014

_Captain Todd Stewart_
_CEO / Director_
_Southern Regional Public Safety Institute_

_Lieutenant Brian Farmer_
_Operations / Training Coordinator_
_Southern Regional Public Safety Institute_

DEF-00201

# *Federal Bureau of Investigation*

### *Be it known that*

## **Joseph Harris**

*Hernando Police Department*

Has successfully completed the 16-hour

## **Constitutional Legal Training**

Hernando, Mississippi

March 15 - 16, 2016

*Special Agent William Delaney*
*Training Coordinator*
*Federal Bureau of Investigation*

DEF-00202

# NORTHEAST MISSISSIPPI
# LAW ENFORCEMENT TRAINING CENTER



## *Certificate of Training*

## Joseph Harris

has successfully completed a six (6) hour course of instruction in:

## Basic Gang Awareness in Your Area

April 7, 2016

Instructor: Jimmy Anthony, Panola County Sheriff's Office Investigator
Training Center Director: Bowen Johnson

In cooperative alliance with:



ALCORN COUNTY SHERIFF'S DEPARTMENT
Sheriff Ben Caldwell



CORINTH POLICE DEPARTMENT
Chief Ralph Dance



FARMINGTON POLICE DEPARTMENT
Chief Tony Holmes



BLUE MOUNTAIN COLLEGE
President Barbara McMillin, D.A.



U.S. ATTORNEY'S OFFICE
Northern District of Mississippi, LECC



NORTHEAST MISSISSIPPI COMMUNITY COLLEGE
President Ricky G. Ford

DEF-00203



Mississippi Office of Highway Safety

Certificate of Training

*Joseph R. Harris*

In

Standardized Field Sobriety Testing

24 Hour NHTSA Curriculum

Certificate No. 7356

Conferred on February 25, 2016

Melissa Harvey
Training Coordinator
Law Enforcement Traffic Safety Training Unit

DEF-00204



Presented to

*Officer Joseph Harris*

For Attending

enting the Escape/Tactical Movement of Yo

(8 hours)

by Central Christian College of Kansas, at
Hernando Police Department and th
thern District of Mississippi

Felicia C. Adams
U.S. Attorney, NDMS



# DESERT SNOW

## CERTIFICATE OF TRAINING

This is to certify that

### JOSEPH HARRIS

has successfully completed Desert Snow's

Phase 2016; Passenger Vehicle Hands-on Workshop (24 hours)

Where: Southlake, Texas

When: November 1-3, 2016

*David Frye*
Director of Training

*Jeff David*
Director of Operations

DEDICATED TO ALL THOSE WHO TRAFFIC CONTRABAND...
AND TO THE LAW ENFORCEMENT OFFICERS WHO RELENTLESSLY PURSUE THEM!!!

DEF-00206

# *Operator's* NHTSA
# *Certificate of Completion and Competency*

## **Joseph Harris**

*Has successfully completed a course of instruction and demonstrated competency in the principles and operation of MPH Industries Inc. Speed Monitoring Devices and has met the requirements set forth by the company for Radar Operator. The above named person is deemed competent to Operate Radar Devices.*

03/16/19
_____
Date

_____
Instructor

DEF-00211



# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

### Joseph Harris

OF

### Hernando Police Department

IN RECOGNITION OF YOUR
SUCCESSFUL COMPLETION OF

### TASER X26P CEW V.21 USER CERTIFICATION COURSE

TRAINING CERTIFICATE
ISSUED 05-11-2020



DEF-00222



# STATE OF
# MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

## *Professional Certificate*

TO

ROBERT C. SCOTT



This 19th day of    NOVEMBER    ,20 09

As being qualified to be a Mississippi Law Enforcement Officer under
Provisions of Chapter 474, General Laws of Mississippi. 1981.

Certificate No. __21058__

011709

Director
Board on Law Enforcement
Standards and Training

Chairman
Board on Law Enforcement
Standards and Training

DEF-00085

# *Federal Bureau of Investigation*

### *Be it known that*

## **Robert Scott**

*Hernando Police Department*

Has successfully completed the 16-hour

## **Constitutional Legal Training**

Hernando, Mississippi

March 15 - 16, 2016

*Special Agent William Delaney*
*Training Coordinator*
*Federal Bureau of Investigation*

DEF-00339

# NORTHEAST MISSISSIPPI LAW ENFORCEMENT TRAINING CENTER



## *Certificate of Training*

### Robert Scott

has successfully completed a six (6) hour course of instruction in:

## Basic Gang Awareness in Your Area

April 5, 2016

Instructor: Jimmy Anthony, Panola County Sheriff's Office Investigator
Training Center Director:  Bowen Johnson  *Bowen Johnson*

In cooperative alliance with:



**ALCORN COUNTY SHERIFF'S DEPARTMENT**
Sheriff Ben Caldwell



**CORINTH  POLICE DEPARTMENT**
Chief Ralph Dance



**FARMINGTON POLICE DEPARTMENT**
Chief Tony Holmes



**BLUE MOUNTAIN COLLEGE**
President Barbara McMillin, D.A.



**U.S. ATTORNEY'S OFFICE**
Northern District of Mississippi, LECC



**NORTHEAST MISSISSIPPI COMMUNITY COLLEGE**
President Ricky G. Ford



*Mississippi Delta Community College Law Enforcement Training Academy*

This is to recognize that

**Robert Scott**

Attended and successfully completed a 4 hour
Report Writing Class

December 16, 2014

Hernando, MS

Instructor – Dean Bearden

DEF-00341



**Mississippi Delta Community College Law Enforcement Training Academy**

This is to recognize that

**Robert Scott**

Attended and successfully completed a 4 hour
Courtroom Testimony Course

December 16, 2014

Hernando, MS

Instructor – Dean Bearden

DEF-00342



Presented to

*Lt. Robert Scott*

for Attending

enting the Escape/Tactical Movement of Yo

(8 hours)

by Central Christian College of Kansas, at
Hernando Police Department and th
rn District of Mississippi

Felicia C. Adams
U.S. Attorney, NDMS

DEF-00343

## The Oklahoma
## Department of Public Safety

Awards this certificate in recognition of
meritorious work done by

# ROBERT SCOTT

In satisfactorily completing the prescribed course of study of

**Tactical Vehicle Intervention (TVI) Instructor**
**8 Hours**
**December 14, 2018**
Held in

Burns Flat, Oklahoma

_____
Commissioner of Public Safety

Col. Michael S. Harrell #3
_____
Chief of Patrol

DEF-00344

# The Oklahoma
## Department of Public Safety

Awards this certificate in recognition of
meritorious work done by

# ROBERT SCOTT

In satisfactorily completing the prescribed course of study of

**Law Enforcement Drivers Training Tactical Vehicle Intervention (TVI)**
**8 Hours**
**October 12, 2018**
Held in

Burns Flat, Oklahoma

_Rusty R Cle_
**Commissioner of Public Safety**

_Col. Michael S. Harrell #3_
**Chief of Patrol**

DEF-00345

*Operator's*
**NHTSA**

## Certificate of Completion and Competency

# Lt. Robert Scott

*Has successfully completed a course of instruction and demonstrated competency in the principles and operation of MPH Industries Inc. Speed Monitoring Devices and has met the requirements set forth by the company for Radar Operator.  The above named person is deemed competent to Operate Radar Devices.*

03/16/19
_____
Date

_____
Instructor

DEF-00346



NATIONAL CENTER FOR BIOMEDICAL RESEARCH AND TRAINING

# Certificate of Training

*Awarded to*

## Robert Scott

*in recognition for successful completion of the*
*National Center for Biomedical Research and Training*
*Academy of Counter-Terrorist Education course*

**Critical Decision Making for Complex Coordinated Attacks**

**Performance Level**

*Jeff Mayne, Director*
National Center for Biomedical Research and Training

**LSU**  preparing you today
for tomorrow's threats

Issued on: October 18, 2017
Contact Hours: 16.00

DEF-00349

**The Arc.**
Northwest Mississippi
For People with Intellectual
and developmental disabilities

## Certificate of Training

This certifies that

**Robert Scott**

has successfully completed

## The ALEC Program: Autism Training for First Responders

Wednesday, March 28, 2018

Getwell Church    8:30 – 11:30 a.m.  (3 Hours)

Southaven, Mississippi

Trainer, Craig Treadway
County Court Judge

Executive Director, Rebecca Treadway
The Arc Northwest Mississippi

*This offering has been approved for EMS continuing education credit by the Mississippi Bureau of Emergency Medical Services.*

DEF-00394



# TASER Conducted Electrical Weapon
## TASER Certified End User Certificate

# Robert Scott

*This certifies that the above named individual has completed the training required and has passed a written examination in the use of the TASER X26P Conducted Electrical Weapon. By accepting this User Certificate, the Student accepts the terms of the TASER Training Materials License Agreement, incorporated herein by reference, and agrees to be bound by its terms as a Licensee of Axon Enterprise, Inc. This certification must be renewed annually.*

Instructor: _____ Date: _February 15, 2018_

J. Cotter

DEF-00395



## CERTIFICATE OF COMPLETION

AWARDED TO

# Robert Scott

OF

### Hernando Police Department

IN RECOGNITION OF YOUR SUCCESSFUL COMPLETION OF

## TASER X26P CEW V.21 USER CERTIFICATION COURSE

TRAINING CERTIFICATE

ISSUED ON 2-28-2019

ISSUED BY _____

John Cotter
(Certifying Instructor)

AXON TRAINING
CERTIFIED

DEF-00396

 # Federal Bureau of Investigation 

This is to certify that

# Robert Scott

### *Hernando Police Department*

*Has successfully completed the 40 hour*

## *Mississippi Law Enforcement Command College*
## *Oxford, Mississippi*

**Sponsored by the Mississippi Association of Chiefs of Police (MACP) and the FBI Jackson Division**
*July 28 - August 02, 2019*

Michelle A. Sutphin
Special Agent in Charge - Jackson
Federal Bureau of Investigation

Ken Winter
Executive Director
Mississippi Association of Chiefs of Police

DEF-00397

# The Oklahoma
# Department of Public Safety

Awards this certificate in recognition of
meritorious work done by

# ROBERT SCOTT

In satisfactorily completing the prescribed course of study of

**Law Enforcement Drivers Training Level III (Advanced)**
**48 Hours**
October 12, 2018
Held in

Burns Flat, Oklahoma

_____
Commissioner of Public Safety

Col. Michael S. Harrell #3
_____
Chief of Patrol

DEF-00398

# The Oklahoma
# Department of Public Safety

Awards this certificate in recognition of
meritorious work done by

# ROBERT SCOTT

In satisfactorily completing the prescribed course of study of

**Law Enforcement Drivers Training Level Instructor**
**40 Hours**
**December 14, 2018**
Held in

Burns Flat, Oklahoma

_____
Commissioner of Public Safety

_____
Col. Michael S. Harrell #3
Chief of Patrol

DEF-00399

# Tactical Energetic Entry Systems

This is to certify that

## *Robert Scott*

successfully completed the

## *Mechanical & Ballistic Breaching Instructor Course*
### *32 Hours*

on the 14th of April, 2017

*Certification Expires April 2020*

Shane Foster — Instructor

DEF-00400



This Certificate of Completion
is Awarded to

## Lieutenant Robert Scott

### Hernando Police Department

*For Attendance and Participation in the Stop Stick, Ltd.*
*Standard Training Course for Use and Deployment*
*of the STOP STICK Tire-Deflation Devices.*

Conducted At : Hernando Police Department
On the 6th Day of February, 2017
Course Length: 1 Hours

*Sergeant Cotter*
_____
As Attested to by the Above Course Instructor

DEF-00401



# TACTICAL ENERGETIC ENTRY SYSTEMS

*"TRAIN FOR THE WORST CASE SCENARIO"*

THIS IS TO CERTIFY THAT

*Robert Scott*

SUCCESSFULLY COMPLETED THE

*Hostage Rescue &*
*High Risk Warrant*

TOTAL 32 HOURS

ON THE 14th DAY OF JUNE, 2019

**ALAN BROSNAN, PRESIDENT**

DEF-00402



# TACTICAL OFFICER SURVIVAL SCHOOL

### *Certificate of Training*

*This is to certify that*

**LT. ROBERT C. SCOTT II**

*Has successfully completed the course of instruction in*

**Warrior Leadership for Law Enforcement**

*Given this 24th Day of February, 2017*
*In conjunction with the Oxford Police Department, Mississippi*

Class Instructor

DEF-00403



# AXON Academy

## CERTIFICATE OF COMPLETION

AWARDED TO

### Robert Scott

OF

### Hernando Police Department

IN RECOGNITION OF YOUR
SUCCESSFUL COMPLETION OF

### TASER X26P CEW V.21 USER CERTIFICATION COURSE

TRAINING CERTIFICATE
ISSUED 05-11-2020



DEF-00404