| Dispatch # | Agency | Dispatch Date | Call Type | Caller | Primary Officer | Location | Incident Report # | Actions |
|---|---|---|---|---|---|---|---|---|
| 201818625 | Hernando Police Department | 12/23/2018 08:56 | PARKING VIOLATION | WAYNE PERKINS - ▮▮▮ | Patrolman Joseph Harris #22642 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | 201818625 | 👁 |
| 201818486 | Hernando Police Department | 12/21/2018 00:15 | COMPLAINT - TRAFFIC | WAYNE, ▮▮▮ | Patrolman Michael Furniss #23716 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | 👁 |
| 20189085 | Hernando Police Department | 06/23/2018 22:17 | COMPLAINT | WAYNE PERKINS - - | Patrolman Timothy Algee #19759 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | 👁 |
| 20188806 | Hernando Police Department | 06/18/2018 19:20 | PARKING VIOLATION | WAYNE ▮▮▮ - | Patrolman Timothy Algee #19759 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | 👁 |
| 20188530 | Hernando Police Department | 06/13/2018 09:49 | PARKING VIOLATION | WAYNE ▮▮▮ | Patrolman Candice Praytor #26048 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | 👁 |
| 20174623 | Hernando Police Department | 03/29/2017 13:06 | TRAFFIC HAZZARD | PERKINS, WAYNE - ▮▮▮ | Patrolman Brian Bell #17410 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | 20174623 | 👁 |
| 20174209 | Hernando Police Department | 03/22/2017 14:45 | INFORMATION | WELCH, GEORGE - (901) 598-9333 | Patrolman Perry Thornton #18266 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | 20174209 | 👁 |
| 20174175 | Hernando Police Department | 03/21/2017 21:13 | PARKING VIOLATION | WELCH, GEORGE - (901) 239-6789 | Patrolman Keith Lebo #25631 | 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | 20174175 | 👁 |

[ Refine Search ] [ New Search ]

© 2009-2020 COLOSSUS INCORPORATED. ** For Official Use Only / Sensitive **

Exhibit "B"

DEF-00015