20174623

## Hernando Police Department 911
### Calls For Service View Call Report
2601 Elm Street Hernando, MS 38632

| Call # | Dispatcher | Received | Call Time | Caller Name |
|---|---|---|---|---|
| 20174623 | HPD7799 | NON-911 CALL | 03/29/2017 13:06 Hrs | PERKINS,WAYNE |
| Phone # | Event Type | Priority | Close Time | Disposition |
| | TRAFFIC HAZZARD | Low | 03/29/2017 13:28 Hrs | |

### Location

| Incident Location | | Latitude | Longitude | Common Place |
|---|---|---|---|---|
| 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | | | |
| Caller Location | | | | |
| 1777 TRAPPER DR | | | | |

### Incident Notes

Notes

REMARKS/NARRATIVES:
: CALLER ADVISED CAR HAULER IS PARKED ON CORNER OF TRAPPER AND
CARLEY AGAIN AND IT CAUSES TRAFFIC ISSUE/WILL SPEAK OVER PHONE AND IS
CALLING FOR THE HOA TO SEE IF THIS IS OK AND WITHIN LIMITS

: User: HPD9970
2017-03-29 13:28:30
HPD9970 PER OFF BELL, THIS IS NOT AGAINST CITY LAWS AND THAT WE DO NOT ENFORCE HOA
RULES.

### Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | HPD1830 | Bell, Brian | | 03/29/2017 13:16 Hrs | 03/29/2017 13:28 Hrs |
| Agency | | | | | |
| Hernando Police Department | | | | | |
| N | HPD5861 | Darby, Brian | 03/29/2017 13:08 Hrs | | 03/29/2017 13:11 Hrs |
| Agency | | | | | |
| Hernando Police Department | | | | | |

Exhibit "C"

DEF-00018