201818625 - Hernando Police Department

# Hernando Police Department 911
Calls For Service View Call Report
2601 Elm Street Hernando, MS 38632

| Call # | Dispatcher | Received | Call Time | Caller Name |
|---|---|---|---|---|
| 201818625 | HPD5327 | NON-911 CALL | 12/23/2018 08:56 Hrs | WAYNE PERKINS |
| Phone # | Event Type | Priority | Close Time | Disposition |
| (901) 239-6789 | PARKING VIOLATION | Low | 12/23/2018 10:56 Hrs | |

## Location

| Incident Location | Latitude | Longitude | Common Place |
|---|---|---|---|
| 1777 TRAPPER DR, HERNANDO, MS, DESOTO COUNTY | | | |
| Caller Location | | | |
| 1777 TRAPPER DR | | | |

## Incident Notes

Notes
REMARKS/NARRATIVES:
: car hauler is parked in this area. caller has been calling t
he last several days according to the caller and nothing is being done
about it again. caller states that he called last night at 2300

: User: HPD5327
2018-12-23 08:56:53
HPD5327 the car hauler where it is parked is making it hard for vehicles to get down the
road

: User: HPD5327
2018-12-23 08:58:19
HPD5327 subj was supposed to have it moved by 0700 today's date according to the
previous shifts notation

: User: HPD9977
2018-12-23 09:16:47
HPD9977 VIN/3C63RRGL5JG172326
RR.MSLIC0000.MS0170300.*MRI2784998.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/A443526 LIT/A EXP/07-2019 ISSUED/08012018 TAG STATUS/
VIN/3C63RRGL5JG172326 2018 DODG
PUR-DTE/01022018 TLE-DTE/ TLE/W097314406 TYPE/
REG/George Welch TLE/
1777 TRAPPER DR
HERNANDO MS 38632
CO/DESOTO CO/UNKNOWN #LEINS/
LEIN/1 DTE/ LEIN/2 DTE/
DECAL#/9A443526
DOT#/2911471 CARR TYPE/HH GR WEIGHT/030000 REG DATE/08012018
OPER NAME/George Welch
Insurance Status/UNCONFIRMED Instructions/Manually Check Insurance Card.

## Officers

| Primary | Radio # | Name | Dispatch | On Scene | Clear |
|---|---|---|---|---|---|
| Y | HPD9522 | Harris, Joseph | 12/23/2018 08:59 Hrs | 12/23/2018 09:02 Hrs | 12/23/2018 10:56 Hrs |
| Agency | | | | | |
| Hernando Police Department | | | | | |
| N | HPD7528 | Swatzyna, Roger | | | 12/23/2018 09:10 Hrs |
| Agency | | | | | |
| Hernando Police Department | | | | | |

Report Run On Monday, December 02, 2019 By K. Hodge

Exhibit "E"    DEF-00013