## Incident Narratives

**Original Narrative**

Author: Patrolman J. Harris #22642
Date Created: 12/23/2018 1130 Hrs
Supp #: 0

Hernando Police Department

December 23, 2018

Hernando, Mississippi

Report Regarding Parking Violation/Resisting Arrest/Failure to Obey Police Officer

Offense Date: December 23, 2018

Officers Involved: J. Harris, Lt. Scott, J. Ratliff, R. Swatzyna, A. Lewis

Report Details:

On Sunday, December 23, 2018 at approximately 8:55 a.m. I, Officer Joseph Harris responded to the residence of 1777 Trapper Drive. A neighbor called and complained on a truck with a car hauler trailer that was parked in front of this home. Once on the scene I observed the gray colored Dodge truck bearing Mississippi tag A443526 with a car hauler trailer attached. The vehicle was obstructing traffic and parked on the crest of a hill, making it unsafe for drivers to travel in both directions. The Hernando Police Department has received numerous complaints on the vehicle / trailer in the past and officers on the night shift spoke to the owner, previously on December 22, 2018 at an unknown time. I walked to the front door of the residence meeting the owner who was later to be identified as offender George Welch. I asked offender Welch if he owned the truck / trailer and he started to cuss at me saying " that his neighbors are fucking bitches for calling the police on him". I stated to offender Welch that there is no reason to cuss and that he only needs to move the vehicle. Offender Welch still cursed at me and told me that he pays for a parking spot on Motorscooter Drive but his parking spot was blocked. I asked offender Welch if he could move it to another parking lot, such as the parking lot of Wal-Mart. Offender Welch stated that the business would not allow him to park it there. I told offender Welch that he needs to find another place to park his vehicle due to it being parked in an unsafe location.

Offender Welch told me that he would move it and as he closed the door to his home and started to walk down the driveway with me he continued to cuss at me. I told offender Welch again that there is no reason to cuss and tried to explain to him that his truck was parked in an unsafe location. Offender Welch told me "that he did not have to listen or do a damn thing that I told him to do". I told offender Welch to give me his driver license so that I could run it and issue him a citation for obstructing traffic. Offender Welch stated " I am not giving you a damn thing" and he started to walk away from me. I told offender Welch again to give me his license as he was walked away from me in his yard. Offender Welch kept cussing and stating "he did not have his license that they were inside his home". At this time offender Welch was still cussing and was waving his hands about becoming more hostile. I grabbed his left wrist and told him to put his hands behind his back , stating to him that he was under arrest. Offender Welch tried to pull away from me and told me that "I better get my hands off of him and quit touching him" as he still tried to walk away from me. I was able to get a hand cuff on offender Welch's left wrist and tried to get his right wrist that he was refusing to give to me. Offender Welch kept trying to pull away from me and resisting to give me his other wrist. At that time I took offender Welch to the ground by using a straight armed bar taken down and got on top of his back attempting to gain control and compliance. I attempted to get offender Welch's right wrist numerous times and he

kept resisting. After I exhausted all verbal commands and open hand contact I transitioned to my TAZZER and drive stunned the offender in the lower back region and was able to gain compliance. I then was able to place the offender into custody at this time. The TAZZER was used enlue of closed hand strikes to reduce the chances of injury to the offender and officer.

At this time Lieutenant Robert Scott and other officers made the scene. I helped offender Welch up so that he could stand on his feet instead of laying on the ground, then checking for weapons and placed him into the back of my patrol car. After offender Welch was sitting in my patrol car, he started to apologize to me and stated that "he knows he was wrong for his actions". At that time I was able to gain offender Welch's information that he was refusing to give to me at first. I asked offender Welch if it was alright for me to lock the front door to his home for him and he stated that it was. I picked offender Welch's keys up off the driveway and locked the door to his home and gave his keys back to him. I transported offender Welch to the station for booking. While at the station, I wrote a citation for obstructing traffic and prepared an affidavit for failure to obey a police officer and one for resisting arrest. I also filled out a response to resistances form. I contacted Judge Quimby who gave me a total bound of $1,500 dollars, offender Welch's court date was set for February 6, 2019 at 1:00 p.m. I transported offender Welch to the Desoto County Jail without incident.

END OF REPORT
J. Harris

| Signed: Patrolman J. Harris #22642 | Reviewed: Lieutenant R. Scott #21058 |