| HERNANDO MUNICIPAL COURT<br>2601 ELM STREET<br><br>HERNANDO, MS 38632<br>Phone: (662) 449-3152<br>Fax: (662) 469-5534 | ORDER<br><br>STATE OF MISSISSIPPI<br>DESOTO COUNTY<br>CITY OF HERNANDO | Case No.<br>T2018-03512<br><br>Ticket No.<br>081742 |
|---|---|---|

CITY OF HERNANDO

vs. GEORGE WALKER WELCH

THIS CAUSE came on to be heard before the MUNICIPAL COURT of the CITY of HERNANDO, MISSISSIPPI on the following charges, to wit.

Charge: **OBSTRUCTING TRAFFIC**              Speed:              Zone:

THIS COURT being fully advised of the facts and circumstances; and the Court having considered the plea of the defendant and / or the testimony of the witnesses of the parties; and the Court having considered all circumstances does:

- ☐ accept plea of guilty
- ☐ find Defendant not guilty
- ☐ remanded to file
- ☐ guilty in absentia
- ☒ find Defendant guilty
- ☐ accept no contest plea
- ☐ dismissed charge
- ☐ dismissed at cost

Insurance:
- ☐ obtained after date of citation
- ☐ in effect at time of citation
- ☐ court retains jurisdiction to reduce all or part of no insurance fines if insurance proof presented within 90

IT IS THEREFORE ORDERED, as to the matter(s) for which Defendant has been deemed guilty, the Defendant's sentence is:

A Fine of: $ __25.00__        State Assessments: $ __92.00__        City Court Cost $ __50.00__
Bond Fee: $ __0.00__          Jail Fee: $ __0.00__                  OUI Assessment: $ __0.00__
Special City Court Assessments: $ __0.00__                          Amount of Fine Suspended: $ __0.00__
Dismissed Cost $ __0.00__

Grand Total $ __167.00__

- ☐ Serve ___ months and ___ days in jail with credit for ___ days served and ___ months and ___ days suspended, pending payment of fines and good behavior.
- ☐ Defendant shall perform ___ days / hours community service to as follows: _____
- ☐ Probation: _____
- ☒ Pay all fines / costs on or before __03-18-2020__ or appear in court at 01:00 PM on said date.
- ☐ Cash Bond Amount forfeited to pay fines / cost $ _____   Refunded: $ _____
- ☒ Miscellaneous: def found guilty in trial
- ☐ Record of charge to be expunged.

This the 29th of January, 2020.

Approved:

_____                                    _____
Defendant                                                     MUNICIPAL COURT JUDGE

_____ 99409                              _____
Counsel for Defendant / Waived Counsel                       Prosecutor

_____                                    _____
Affiant                                                       Interpreter

01/29/2020 at 05:11 PM                                       Syscon#: 4302

Exhibit "J"

| HERNANDO MUNICIPAL COURT<br>2601 ELM STREET<br>HERNANDO, MS 38632<br>Phone: (662) 449-3152<br>Fax: (662) 469-5534 | ORDER<br><br>STATE OF MISSISSIPPI<br>DESOTO COUNTY<br>CITY OF HERNANDO | Case No.<br>M2018-01284<br><br>Ticket No. |
|---|---|---|

CITY OF HERNANDO

vs. GEORGE WALKER WELCH

THIS CAUSE came on to be heard before the MUNICIPAL COURT of the CITY of HERNANDO, MISSISSIPPI on the following charges, to wit.

Charge: **RESISTING ARREST**      Speed:      Zone:

THIS COURT being fully advised of the facts and circumstances; and the Court having considered the plea of the defendant and / or the testimony of the witnesses of the parties; and the Court having considered all circumstances does:

- [ ] accept plea of guilty
- [x] find Defendant guilty
- [ ] find Defendant not guilty
- [ ] accept no contest plea
- [ ] remanded to file
- [ ] dismissed charge
- [ ] guilty in absentia
- [ ] dismissed at cost

Insurance:
- [ ] obtained after date of citation
- [ ] in effect at time of citation
- [ ] court retains jurisdiction to reduce all or part of no insurance fines if insurance proof presented within 90

IT IS THEREFORE ORDERED, as to the matter(s) for which Defendant has been deemed guilty, the Defendant's sentence is:

A Fine of: $ 100.00       State Assessments: $ 123.25       City Court Cost: $ 50.00
Bond Fee: $ 0.00          Jail Fee: $ 0.00                  DUI Assessment: $ 0.00
Special City Court Assessments: $ 0.00                       Amount of Fine Suspended: $ 0.00
Dismissed Cost: $ 0.00
                                          Grand Total $ 273.25

- [ ] Serve ___ months and ___ days in jail with credit for ___ days served and ___ months and ___ days suspended, pending payment of fines and good behavior.
- [ ] Defendant shall perform ___ days / hours community service to as follows: _____
- [ ] Probation: _____
- [x] Pay all fines / costs on or before  03-18-2020  or appear in court at 01:00 PM on said date.
- [ ] Cash Bond Amount forfeited to pay fines / cost $ _____ Refunded: $ _____
- [x] Miscellaneous: def found guilty in trial
- [ ] Record of charge to be expunged.

This the 29th of January, 2020.

Approved:

_____          _____
Defendant                          MUNICIPAL COURT JUDGE

_____          _____
Counsel for Defendant / Waived Counsel    Prosecutor


_____          _____
Affiant                            Interpreter

01/29/2020 at 05:08 PM                                    Syscon#: 4302