

Exhibit "K"









