

# STATE OF MISSISSIPPI

Board on Law Enforcement Officer Standards and Training

Hereby awards this

## Professional Certificate

TO

JOSEPH RICHARD HARRIS



THIS 21ST DAY OF JUNE, 2012

As being qualified to be a Mississippi Law Enforcement Officer under Provisions of Chapter 474, General Laws of Mississippi, 1981.

_Robert K. Davis_
Director
Board on Law Enforcement
Standards and Training

_Ronnie Bowen_
Chairman
Board on Law Enforcement
Standards and Training

Certificate No. 22642

Exhibit "N"

DEF-00084