Exhibit "A"

**DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Northern District of Mississippi (Aberdeen)
### Bankruptcy Petition #: 18-14195-JDW

*Assigned to:* Judge Jason D. Woodard
Chapter 13
Voluntary
Asset

*Date filed:* 10/24/2018
*Date terminated:* 06/10/2019
*Debtor dismissed:* 02/21/2019
*341 meeting:* 12/11/2018

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**George W. Welch**
1777 Trapper Dr.
Hernando, MS 38632
DE SOTO-MS
SSN / ITIN: xxx-xx-5072

represented by **Heidi Schneller Milam**
P.O. Box 1169
Southaven, MS 38671
662-349-2322
Fax : 866-267-5360
Email: heidi.milam@yahoo.com

*Trustee*
**Locke D. Barkley**
6360 I-55 North
Suite 140
Jackson, MS 39211
601-355-6661

*U.S. Trustee*
**U. S. Trustee**
501 East Court Street, Suite 6-430
Jackson, MS 39201
601-965-5241

| Filing Date | # | Docket Text |
|---|---|---|
| 10/24/2018 | 1 (7 pgs) | Chapter 13 Voluntary Petition Individual . Government Proof of Claim due by 4/22/2019. (Milam, Heidi) (Entered: 10/24/2018) |
| 10/24/2018 | 2 (1 pg) | Certificate of Credit Counseling Filed by Heidi Schneller Milam on behalf of George W. Welch. (Milam, Heidi) (Entered: 10/24/2018) |
| 10/24/2018 | | Receipt of filing fee for Voluntary Petition (Chapter 13)(18-14195) [misc,volp13a] ( 310.00). Receipt number 7899435, amount $ 310.00. (U.S. Treasury) (Entered: 10/24/2018) |
| 10/25/2018 | 3 (1 pg) | Order and Notice of Deficiency in Re: . List of all creditors due 11/7/2018. Statement of Financial Affairs due 11/7/2018. Atty Disclosure Statement due 11/7/2018. Verification of Matrix due 11/7/2018. Chapter 13 Plan due by 11/7/2018. Official Form B121 Statement of Social Security Number Due 11/7/2018. Summary of Assets and Liabilities due 11/7/2018. Schedule A/B due 11/7/2018. Schedule C due 11/7/2018. Schedule D due 11/7/2018. Schedule E/F |

| | | |
|---|---|---|
| | | due 11/7/2018. Schedule G due 11/7/2018. Schedule H due 11/7/2018. Schedule I due 11/7/2018. Schedule J (and J-2 If Applicable) due 11/7/2018.Chapter 13 Statement of Current Monthly Income and Disposable Income Calculation Form 122C-1 and, if appropriate, Form 122C-2 Chapter 13 Calculation of your Disposable Income due by 11/7/2018. Deficiency or Objection to Case Dismissal due by 11/7/2018. Entered on Docket by: (CJH) (Entered: 10/25/2018) |
| 10/27/2018 | 4 (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 10/27/2018. (Related Doc # 3) (Admin.) (Entered: 10/27/2018) |
| 11/06/2018 | 5 (6 pgs) | Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Heidi Schneller Milam on behalf of George W. Welch. (Milam, Heidi) (Entered: 11/06/2018) |
| 11/07/2018 | | CLERK'S REQUEST FOR CORRECTIVE ACTION. Failure to correct the deficiency(ies) as stated within 2 days from the date of this request may result in the filed item being dismissed or stricken. **A creditor matrix must be filed before Motion to Impose or Extend Automatic Stay can be set for hearing. THE FILER IS DIRECTED TO SUBMIT THE REQUIRED CREDITOR MATRIX.** (RE: related document(s)5 Motion to Extend Automatic Stay filed by Debtor George W. Welch). Corrective Action due by 11/9/2018. Entered on Docket by: (LJB) (Entered: 11/07/2018) |
| 11/07/2018 | 6 (3 pgs) | Motion To Extend Time Filed by Heidi Schneller Milam on behalf of George W. Welch. (Milam, Heidi) (Entered: 11/07/2018) |
| 11/13/2018 | 7 (1 pg) | Order Granting Motion to Extend Time to file schedules and related documents (Related Doc # 6) Entered on Docket by: (ALD) (Entered: 11/13/2018) |
| 11/13/2018 | | Missing Documents Deadlines Updated (RE: related document(s)3 Order and Notice of Deficiency, 7 Order on Motion to Extend/Shorten Time). Entered on Docket by: (ALD) (Entered: 11/13/2018) |
| 11/15/2018 | 8 (36 pgs) | Creditor Matrix, Declaration About Individual Debtor's Schedules , Disclosure of Compensation of Attorney for Debtor , Schedule A/B: Property Individual , Schedule C , Schedule D: Creditors Having Claims Secured by Property - Individual. , Schedule E/F: Creditors Who Have Unsecured Claims - Individual. , Schedule G: Individual- Executory Contracts and Unexpired Leases , Schedule H: Individual- Codebtors , Schedule I: Individual- Your Income , Schedule J: Individual- Your Expenses , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities Schedules for Individual , Verification of Matrix Filed by Heidi Schneller Milam on behalf of George W. Welch. (Milam, Heidi) (Entered: 11/15/2018) |
| 11/15/2018 | 9 | Official Form 121 Statement about your Social Security Number Filed by Heidi Schneller Milam on behalf of George W. Welch RE: (related document(s)3 Order and Notice of Deficiency). (Milam, Heidi) (Entered: 11/15/2018) |
| 11/15/2018 | 10 (12 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined , Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Heidi Schneller Milam on behalf of George W. Welch RE: (related document(s)3 Order and Notice of Deficiency). (Milam, Heidi) (Entered: 11/15/2018) |
| 11/15/2018 | 11 (8 pgs) | Chapter 13 Plan Filed by Heidi Schneller Milam on behalf of George W. Welch (Milam, Heidi) (Entered: 11/15/2018) |
| 11/15/2018 | 12 | BNC Certificate of Service No. of Notices: 1. Notice Date 11/15/2018. (Related |

| | | |
|---|---|---|
| | (2 pgs) | Doc # 7) (Admin.) (Entered: 11/16/2018) |
| 11/16/2018 | | Correction of Deficient Filing (RE: related document(s) Clerk's Request for Corrective Action)for docket 5. Entered on Docket by: (LJB) (Entered: 11/16/2018) |
| 11/16/2018 | 13 (1 pg) | Hearing Set On (RE: related document(s) 5 Motion to Extend Automatic Stay under 362(c)(3)(B) Filed by Heidi Schneller Milam on behalf of George W. Welch.). The Hearing date is scheduled for 12/4/2018 at 01:30 PM at Oxford Federal Building. Responses due by 11/30/2018. Entered on Docket by: (AOH) (Entered: 11/16/2018) |
| 11/18/2018 | 14 (2 pgs) | BNC Certificate of Service No. of Notices: 7. Notice Date 11/18/2018. (Related Doc # 13) (Admin.) (Entered: 11/18/2018) |
| 11/19/2018 | 15 (4 pgs) | Meeting of Creditors . 341(a) meeting to be held on 12/11/2018 at 02:00 PM at Lander's Center, fka DeSoto Civic Center, Southaven, MS. Last day to oppose discharge or dischargeability is 2/11/2019. Non-Government Proofs of Claims due by 1/2/2019. Last Day to Object to Confirmation 12/27/2018. Hearing on Objection to Confirmation will be heard on 1/8/2019 at 01:30 PM at Oxford Federal Building. (EPIQ) (Entered: 11/19/2018) |
| 11/20/2018 | 16 (4 pgs) | Notice and/or Certificate of Service of Chapter 13 Plan or Amended Plan Filed by Heidi Schneller Milam on behalf of George W. Welch RE: (related document(s)11 Chapter 13 Plan filed by Debtor George W. Welch). (Milam, Heidi) (Entered: 11/20/2018) |
| 11/20/2018 | 17 (1 pg) | Certification of Compliance of Filing of Payment Advices with Trustee Filed by Heidi Schneller Milam on behalf of George W. Welch. (Milam, Heidi) (Entered: 11/20/2018) |
| 11/20/2018 | 18 (2 pgs) | Notice of Appearance and Request for Notice by Bradley P. Jones Filed by Bradley P. Jones on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Funding Mortgage Securities. (Jones, Bradley) (Entered: 11/20/2018) |
| 12/03/2018 | | Notice of Terminated Hearing due to Settlement, Default, Continuance or Dismissal (RE: related document(s)5 Motion to Extend Automatic Stay filed by Debtor George W. Welch). Entered on Docket by: (ALD) (Entered: 12/03/2018) |
| 12/03/2018 | 19 (2 pgs) | Order Granting Motion to Extend Automatic Stay(Related Doc # 5) Entered on Docket by: (ALD) (Entered: 12/03/2018) |
| 12/03/2018 | 20 (2 pgs) | Notice of Appearance and Request for Notice by Karen A. Maxcy Filed by Karen A. Maxcy on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. (Maxcy, Karen) (Entered: 12/03/2018) |
| 12/05/2018 | 21 (3 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 12/05/2018. (Related Doc # 19) (Admin.) (Entered: 12/06/2018) |
| 12/12/2018 | 22 (5 pgs) | Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley (Barkley, Locke) (Entered: 12/12/2018) |
| 12/12/2018 | | Hearing Set On (RE: related document(s) 22 Objection to Confirmation of Chapter 13 Plan Filed by Locke D. Barkley on behalf of Locke D. Barkley). |

|            |                  |                                                                                                                                                                                                                                                                                                                 |
|------------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |                  | Hearing on Objection to Confirmation will be heard on 1/8/2019 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (ALD) (Entered: 12/12/2018)                                                                                                                                                        |
| 12/13/2018 |                  | Meeting of Creditors Held *December 11, 2018*. (Barkley, Locke) (Entered: 12/13/2018)                                                                                                                                                                                                                           |
| 01/08/2019 | 23<br>(5 pgs)    | Objection to Claim of Ocwen Loan Servicing Filed by Locke D. Barkley. Responses due by 2/7/2019. (Barkley, Locke) (Entered: 01/08/2019)                                                                                                                                                                         |
| 01/08/2019 | 24<br>(1 pg)     | Hearing Not Held; Continued/Rescheduled (RE: related document(s)22 Objection to Confirmation of the Chapter 13 Plan filed by Trustee Locke D. Barkley). The Hearing date is scheduled for 2/13/2019 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (AOH) (Entered: 01/09/2019)                   |
| 01/11/2019 | 25<br>(2 pgs)    | BNC Certificate of Service No. of Notices: 1. Notice Date 01/11/2019. (Related Doc # 24) (Admin.) (Entered: 01/11/2019)                                                                                                                                                                                         |
| 01/31/2019 | 26<br>(5 pgs)    | Notice of Mortgage Payment Change (Claim #3) Filed by HSBC Bank USA. (Maxcy, Karen) (Entered: 01/31/2019)                                                                                                                                                                                                       |
| 02/07/2019 | 27<br>(2 pgs)    | Response Filed by Bradley P. Jones on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Funding Mortgage Securities (RE: related document(s)23 Objection to Claim filed by Trustee Locke D. Barkley). (Jones, Bradley) (Entered: 02/07/2019) |
| 02/08/2019 | 28<br>(1 pg)     | Hearing Set On (RE: related document(s) 23 Objection to Claim of Ocwen Loan Servicing Filed by Locke D. Barkley. Responses due by 2/7/2019.). The Hearing date is scheduled for 3/19/2019 at 01:30 PM at Oxford Federal Building. Entered on Docket by: (ALD) (Entered: 02/08/2019)                             |
| 02/10/2019 | 29<br>(2 pgs)    | BNC Certificate of Service No. of Notices: 1. Notice Date 02/10/2019. (Related Doc # 28) (Admin.) (Entered: 02/10/2019)                                                                                                                                                                                         |
| 02/12/2019 | 30<br>(2 pgs)    | Notice to Debtor of Plan Payment Change . (Barkley, Locke) (Entered: 02/12/2019)                                                                                                                                                                                                                                |
| 02/13/2019 |                  | Hearing Held. Settled; agreed order to be submitted. Locke D. Barkley to submit order. (RE: related document(s)22 Objection to Confirmation of the Chapter 13 Plan filed by Trustee Locke D. Barkley). Order Due by 2/27/2019 Entered on Docket by: (AOH) (Entered: 02/19/2019)                                 |
| 02/18/2019 | 31<br>(2 pgs)    | Application for Compensation for Heidi Schneller Milam, Attorney, Fee: $1500.00, Expenses: $. Filed by Heidi Schneller Milam. (Milam, Heidi) (Entered: 02/18/2019)                                                                                                                                              |
| 02/19/2019 | 32<br>(1 pg)     | Hearing Set On (RE: related document(s) 31 Application for Compensation for Heidi Schneller Milam, Attorney, Fee: $1500.00, Expenses: $. Filed by Heidi Schneller Milam.). The Hearing date is scheduled for 4/16/2019 at 01:30 PM at Oxford Federal Building. Responses due by 3/18/2019. Entered on Docket by: (ALD) (Entered: 02/19/2019) |
| 02/19/2019 | 33<br>(1 pg)     | Order Directing Heidi Schneller Milam to File a Certificate of Service (Re: 31 Application for Compensation filed by Debtor George W. Welch, 32 Hearing Set (Document)). Deadline for Service: 2/25/2019.Deadline for Filing Certificate of Service: 3/4/2019. Entered on Docket by: (ALD) (Entered: 02/19/2019) |

| | | |
|---|---|---|
| 02/20/2019 | [34](#) (5 pgs) | Certificate of Service Filed by Heidi Schneller Milam on behalf of George W. Welch RE: (related document(s)[31](#) Application for Compensation filed by Debtor George W. Welch). (Milam, Heidi) (Entered: 02/20/2019) |
| 02/21/2019 | [35](#) (1 pg) | Order Sustaining Objection to Confirmation [22](#) and Dismissing Case . Entered on Docket by: (ALD) (Entered: 02/21/2019) |
| 02/21/2019 | | This case having been dismissed by prior order, all pending hearings, other than hearings on fee applications, are hereby cancelled. . Entered on Docket by: (ALD) (Entered: 02/21/2019) |
| 02/23/2019 | [36](#) (3 pgs) | BNC Certificate of Service No. of Notices: 10. Notice Date 02/23/2019. (Related Doc # [35](#)) (Admin.) (Entered: 02/23/2019) |
| 03/21/2019 | [37](#) (1 pg) | Order Granting Application For Compensation (Related Doc # [31](#)). Granting for Heidi Schneller Milam, fees awarded: $1500.00, expenses awarded: $0.00 Entered on Docket by: (ALD) (Entered: 03/21/2019) |
| 03/23/2019 | [38](#) (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 03/23/2019. (Related Doc # [37](#)) (Admin.) (Entered: 03/23/2019) |
| 05/08/2019 | [39](#) (2 pgs) | Chapter 13 Trustee Final Report and Account . Objection to Chapter 13 Final Report and Account 06/7/2019. (Barkley, Locke) (Entered: 05/08/2019) |
| 06/10/2019 | [40](#) (1 pg) | Bankruptcy Case Closed . Entered on Docket by: (ALD) (Entered: 06/10/2019) |
| 06/12/2019 | [41](#) (2 pgs) | BNC Certificate of Service No. of Notices: 1. Notice Date 06/12/2019. (Related Doc # [40](#)) (Admin.) (Entered: 06/12/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/17/2021 15:03:08 | | | |
| PACER Login: | gestes3924 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-14195-JDW Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| Billable Pages: | 4 | Cost: | 0.40 |