George Welch -- May 24, 2021

Page 57

1  doing it for courtesy.  And the other reason is he had
2  security cameras over there where I was parking.  That's
3  one reason I parked there, for the security cams.
4       Q.  At the place where you pay the money?
5       A.  Uh-huh.  (Nods head up and down.)
6       Q.  If you -- I know you said it wasn't illegal.
7  Why did you pay the $125 ticket if you didn't think it
8  was illegal?
9       A.  Just to stop the hassle.
10      Q.  Okay.
11      A.  Any day I lease in Cordova or Hernando, I lose
12 money.
13      Q.  Meaning because you could be out working making
14 money?
15      A.  Yeah.
16      Q.  Okay.  Look back at that sheet for me on
17 Exhibit 1.  If you go up, you see the one on June 13,
18 2018, and June 18, 2018?  They both say Parking
19 Violation.
20          Do you see that?
21      A.  Uh-huh.
22      Q.  Okay.  Your testimony is that you don't
23 remember receiving a ticket on those occasions; you
24 think that they just came out and told you to move it.
25 Is that right?