George Welch -- May 24, 2021

Page 51

1   I'm not sure if they came or I was gone or whatever.
2       Q.  Prior to December 23, 2018, is this March 21st
3   occasion, is that the only other time that you had
4   received a ticket for the parking?
5       A.  Yes.
6       Q.  Okay.  But there had been other occasions where
7   they actually came out to your house that they didn't
8   give you a ticket, right?
9       A.  Yes.
10      Q.  They told you to move the vehicle?
11      A.  Yes.
12      Q.  And did you move it?
13      A.  Yes.
14      Q.  Okay.
15      A.  I moved the vehicle because of courtesy.
16  Because I'm not a member of the homeowners association.
17  They had already -- they said in one of the reports that
18  I wasn't required to move the vehicle because I wasn't
19  doing anything illegal.  I did it for courtesy, and even
20  the judge said it was not illegal.
21      Q.  Yeah.  I understand about the criminal
22  proceeding.  Tell me about the homeowners association.
23  What are you saying about that?
24      A.  I'm not a member of the homeowner association.
25  I was there before the homeowners association.  I had

George Welch -- May 24, 2021

Page 52

1  been there that long.  I think I was the fifth person
2  that moved in the neighborhood.  We didn't have a
3  homeowners association.
4      Q.  So you were not required to join the
5  homeowners association?
6      A.  Yeah.  That's if you do anything -- I was
7  grandfathered in before the homeowners association.  It
8  was nine houses in the neighborhood that was not a
9  member of the homeowners association because we were
10 grandfathered in before they had one.  And it was our
11 choice to join it or not.
12     Q.  What is the name of the homeowners association?
13     A.  I don't know.
14     Q.  Okay.  Let me ask you this.  I know the address
15 is Trapper Drive, but is there -- is that --
16     A.  The subdivision is Forest Meadows.
17     Q.  Forest what?
18     A.  Meadows.
19     Q.  Forest Meadows?
20     A.  Uh-huh.  But I don't know the name of the
21 homeowners association.
22     Q.  I guess what I'm saying is what does the
23 homeowners association have to do with the parking
24 situation?  Help me with that.
25     A.  I don't know.  I'm not a member.  I don't know