**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

GEORGE WELCH                                                                        **PLAINTIFF**

VS.                                                    **CIVIL ACTION NO.: 3:20-cv-00122-NBB-JMV**

**CITY OF HERNANDO, MISSISSIPPI,
ET AL.**                                                                              **DEFENDANTS**

<u>**DEFENDANTS' MOTIONS IN LIMINE**</u>

Defendants the City of Hernando, Joseph Harris, and Robert Scott respectfully request that the Court grant the following motions *in Limine* and enter (1) an order prohibiting Plaintiff George Welch from requesting a specific amount of damages; (2) an order excluding the issue of punitive damages; and (3) an order excluding any evidence or argument regarding alleged misconduct unrelated to the claims in this case. In support of this motion, Defendants show the Court as follows:

1.      This is a First and Fourth Amendment false arrest and excessive case where Welch alleges that Harris unlawfully arrested and tased him, and Scott failed to intervene in Harris' alleged unlawful actions. Defendants have filed a summary judgment motion that has not yet been resolved. Doc. Nos. 84 & 85. Because Defendants should be granted judgment as a matter of law on the issue of liability, this Court need not ever reach this motion. Nevertheless, Defendants make the following *in limine* requests: Welch should not be permitted to suggest to the jury a specific amount of damages, the issue of punitive damages should be excluded, and any evidence or argument of alleged misconduct unrelated to the claims in this case should be excluded.

2.      In addition to the memorandum, Defendants offer the following exhibits in support:

EXHIBIT A:   Plaintiff's Pre-Discovery Disclosure of Core Information

EXHIBIT B: Plaintiff's Amended Responses to Defendant's First Set of Interrogatories

EXHIBIT C: Plaintiff's Amended Supplemental Responses to Defendants' First Set of Interrogatories

5. Defendants' supporting memorandum is filed contemporaneously with this Motion and is fully incorporated herein by reference.

Defendants respectfully request this motion be granted if it is not rendered moot by the pending summary judgment motion.

Dated: August 19, 2021

Respectfully submitted,

PHELPS DUNBAR, LLP

BY: */s/ Mallory K. Bland*
G. Todd Butler, MB #102907
Mallory K. Bland, MB #105665
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi 39236-6114
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email: butlert@phelps.com
mallory.bland@phelps.com

PD.35115991.1

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel has filed the foregoing with the Clerk of the Court, utilizing the Electronic Case Filing system, which sent notification of such filing to all counsel of record.

DATED, this the 19th day of August, 2021.

*/s/ Mallory K. Bland*
MALLORY K. BLAND