IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GEORGE WELCH                                                                                     PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:20-cv-122-NBB-JMV

CITY OF HERNANDO, MISSISSIPPI,
JOSEPH HARRIS, in his official and
individual capacity, AND ROBERT SCOTT,
in his official and individual capacity                                                         DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and this case is dismissed with prejudice and closed.

This 31st day of March, 2022.

                                                  /s/ Neal Biggers
                                                  NEAL B. BIGGERS, JR.
                                                  UNITED STATES DISTRICT JUDGE